12403.   DICKERSON *v.* GEORGIA MARBLE FINISHING WORKS.

HILL, J.   The plaintiff's evidence clearly showing that the act of negligence which caused his injury was solely that of a fellow-servant, a nonsuit was properly awarded.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
DECIDED OCTOBER 7, 1921.

Action for damages; from Cherokee superior court — Judge Blair. March 2, 1921.

*George F. Gober, E. W. Coleman,* for plaintiff.

*John S. Wood, Robert P. Jones,* for defendant.